UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY SHAVELSON, M.D., et al.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA, et al.,<br>　　　　Defendant. | 21-cv-06654-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 7, 2022

VINCE CHHABRIA
United States District Judge